FILED by RGS D.C.

NOV 06 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: **09-23409**

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR FIRST FRANKLIN
MORTGAGE LOAN TRUST 2006-FF14,
MORTGAGE PASS THROUGH
CERTIFICATES SERIES 2006-FF14,

    Plaintiff,

vs.

WACHOVIA BANK, N.A.,

    Defendant.

_____/

**CIV-LENARD**

MAGISTRATE JUDGE
TURNOFF

## COMPLAINT

Plaintiff, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF14, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2006-FF14 ("U.S. BANK"), sues Defendant, WACHOVIA BANK, N.A. ("WACHOVIA"), and states:

### Nature of Action

1. This is an action against WACHOVIA for conversion in making payment on a $761,993.93 check to an individual without the endorsement of all payees, including the payee that assigned its rights to U.S. BANK. The individual who received the unauthorized payment from WACHOVIA absconded with the funds, resulting in a substantial loss to U.S. BANK.

### Parties

2. Plaintiff U.S. BANK is a national banking association with its designated main office, as set forth in its articles of association, in Ohio.

3. Defendant WACHOVIA is a national banking association with its designated main office, as set forth in its articles of association, in North Carolina.

### Jurisdiction and Venue

4. This is an action for damages in excess of $75,000. U.S. BANK is located in Ohio, and therefore a citizen of that State for diversity purposes. 28 U.S.C. § 1348. WACHOVIA is located in North Carolina, and therefore a citizen of that State for diversity purposes. 28 U.S.C. § 1348. Complete diversity of citizenship exists between the parties, and this Court has subject matter jurisdiction under 28 U.S.C. § 1332.

5. Venue is proper in the Southern District of Florida, in accordance with 28 U.S.C. § 1391(a), because a substantial part of the events or omissions giving rise to the claim occurred here.

### General Allegations

6. Dario Martinez and his wife Aylet Dulzaidez own real property located at 13460 S.W. 32nd Street, Miami, Miami-Dade County, Florida 33175 ("the Property").

7. Mr. Martinez got a loan secured by the Property from First Franklin, N.A., a division of National City Bank of Indiana. Mr. Martinez executed a promissory note, and he and his wife executed a mortgage ("Note" and "Mortgage"), in connection with the loan transaction.

8. In or about early 2007 the residence on the Property suffered extensive fire damage.

9. The casualty insurer on the Property, Lexington Insurance Company, issued its check #00820661 in the amount of $761,999.93 ("the Check") as payment of an insurance claim

made due to the fire damage. A genuine copy of the front side of the Check is the first image incorporated in Composite Exhibit A, which is attached to this Complaint.

10. As Exhibit A shows, the Check was made out conjunctively to "Dario Martinez and First Franklin, a Div. of Natl. City Bank of Indiana and Nationwide Adjusters, LLC, P.A." as payees.

11. On or about May 1, 2007, Dario Martinez took the Check to a WACHOVIA bank branch, which accepted the Check on Martinez' endorsement alone, without the endorsement of either of the other two payees named on the face of the Check. A genuine copy of the back side of the Check after it had been presented to and accepted by WACHOVIA is incorporated as the second image within Composite Exhibit A.

12. WACHOVIA made payment on and allowed Dario Martinez to receive the full value of the Check on his sole endorsement without the endorsement of the other two payees named on the Check.

13. Dario Martinez ceased making payments on the Note and Mortgage, and in August 2008, U.S. BANK obtained a final judgment of foreclosure on the fire-damaged Property. On information and belief, Dario Martinez absconded to Panama after WACHOVIA delivered to him the funds from the Check.

14. All conditions precedent have either occurred or been performed.

### Count I - Conversion

15. Paragraphs 1-14 above are reiterated and incorporated as if fully set forth herein.

16. U.S. BANK is the present holder of the Note and Mortgage by assignment from First Franklin, and was the holder of the Note and Mortgage at all times relevant to this action. Pursuant to the assignment, U.S. BANK was and is also entitled to receive the funds from the

Check, so that they can be used either to restore or repair the property, or be applied to the debt secured by the Mortgage, in accordance with the terms of the Mortgage.

17. By making payment on the check to Dario Martinez without the endorsement of the co-payees thereon, WACHOVIA acted in violation of its obligations pursuant to Section 673.1101(4), Florida Statutes, which states in relevant part,

> If an instrument is payable to two or more persons not alternatively, it is payable to all of them and may be negotiated, discharged or enforced only by all of them.

18. By making payment on the check to Dario Martinez without the endorsement of the co-payees thereon, WACHOVIA committed a conversion pursuant to Section 673.4201, Florida Statutes, which states that an instrument such as the Check is converted where, as here, "a bank makes or obtains payment with respect to the instrument for a person not entitled to enforce the instrument or receive payment."

19. WACHOVIA's conversion of the Check has directly and proximately caused damages to Plaintiff, which had and has an interest in receiving 100% of the funds from the Check.

WHEREFORE, U.S. BANK demands judgment in its favor against Defendant WACHOVIA for damages in the full amount of the Check, pre- and post-judgment interest, costs, and such other relief as the Court finds just and proper.

## Count II – Negligence

20. Paragraphs 1-14 above are reiterated and incorporated as if fully set forth herein

21. WACHOVIA had a duty to the payees on the Check to use reasonable care in making payment on the Check when presented to it.

LAPIN & LEICHTLING, LLP, 255 ALHAMBRA CIRCLE, SUITE 800, CORAL GABLES, FLORIDA 33134 (305) 569-4100

22. WACHOVIA breached its duty and was negligent by making payment on the Check to Dario Martinez even though the Check did not include an endorsement from all payees listed on the Check.

23. WACHOVIA's negligence has directly and proximately caused damages to U.S. BANK, which had and has an interest in receiving 100% of the funds from the Check.

WHEREFORE, U.S. BANK demands judgment in its favor against Defendant WACHOVIA for damages in the full amount of the Check, pre- and post-judgment interest, costs, and such other relief as the Court finds just and proper.

Signed this 4th day of November, 2009.

Respectfully submitted,

_____
Jeffrey S. Lapin (Florida Bar Number: 993298)
Attorney E-mail address: jlapin@ll-lawfirm.com
Lapin & Leichtling, LLP
255 Alhambra Circle, Suite 800
Coral Gables, FL 33134
Telephone: (305) 569-4100
Facsimile: (305) 569-0000
Attorneys for Plaintiff U.S. Bank National Association, as Trustee

5

7/13/2009   1:17:47 PM

```
LEXINGTON INSURANCE COMPANY                                              51.44/119
00574891        CLAIM No.: 00235780        CHECK No.: 00820661    04/27/2007
                              BUILDING
PAY      **SEVEN HUNDRED SIXTY ONE THOUSAND NINE HUNDRED NINETY
         NINE DOLLARS AND 93 CENTS**
                                                       030    **********$761,999.93
TO       DARIO MARTINEZ AND
THE      FIRST FRANKLIN, A DIV. OF NATL.                      VOID AFTER NINETY DAYS
ORDER    CITY BANK OF INDIANA AND
OF       NATIONWIDE ADJUSTERS, LLC, P.A.

FLEET BANK
HARTFORD       CT                                             AUTHORIZED SIGNATURE
```



| Location | Acct # | Check # | Amount | Paid Date | Sequence | Customer Data |
|---|---|---|---|---|---|---|
| CD | 28090 | 820661 | $761,999.93 | 5/2/2007 | 1492519256 | 09146222100509146222100574891 |
| R/T Number | CD VoIID/CIMS Key | | CD Label | | Payee Name | |
| 1190044 | 07060250003201 | | 07060250003201 | | | |

| EndrsmtID | EndrsmtOrd | EndrsmtSeq | EndrsmtRT | EndrsmtDate | BOFD | Trunc | EndrsmtBankName |
|---|---|---|---|---|---|---|---|
| 607 | 2 | 1492519256 | 0 | 5/2/2007 | False | False | BANK OF AMERICA, NA |
| 606 | 1 | 1733473188 | 0 | 5/1/2007 | True | True | WACHOVIA BANK, NA |



EXHIBIT A

Bank of America                                                          Page 1

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

**09-23409**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

FILED by RGS D.C.
NOV 06 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

### I. (a) PLAINTIFFS
U.S. Bank National Association as trustee for First Franklin Mortgage Loan Trust 2006-FF14, Mortgage Pass Through Certificates Series

**(b)** County of Residence of First Listed Plaintiff: Hamilton County, Ohio
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jeffrey S. Lapin, Esq., Lapin & Leichtling, LLP, 255 Alhambra Circle, Suite 800, Coral Gables, FL 33134
Telephone Number: 305-569-4100

### DEFENDANTS
Wachovia Bank, N.A.

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**CIV-LENARD**

Attorneys (If Known)

**MAGISTRATE JUDGE TURNOFF**

**(d)** Check County Where Action Arose: ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☒ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

### V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☒ NO    b) Related Cases ☐ YES ☒ NO
JUDGE _____    DOCKET NUMBER _____

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause **(Do not cite jurisdictional statutes unless diversity):**
U.S. Civil Statute: 28 U.S.C. 1332.
Brief Description: Conversion and negligence in paying check.
LENGTH OF TRIAL via **2** days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 761,999.93+
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

SIGNATURE OF ATTORNEY OF RECORD: [signature]
DATE: 11/4/09

FOR OFFICE USE ONLY
AMOUNT 350   RECEIPT # 1011564
11/06/09